LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>RANCHO-SUNRISE HOTEL CORPORATION dba HOLIDAY INN; ON COMMAND VIDEO CORPORATION,<br><br>　　　Defendants. | No. CIV.S.05-1301 DFL DAD<br><br>**REQUEST FOR DISMISSAL**<br><br>**AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Plaintiff, Gypsie Jones, requests the Court dismiss the above entitled action, without prejudice, **as to ON COMMAND VIDEO CORPORATION only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant ON COMMAND VIDEO CORPORATION.

Dated: July 5, 2005                    LAW OFFICES OF LYNN HUBBARD

                                               /s/ Lynn Hubbard, Esquire          /
                                             LYNN HUBBARD, III
                                             Attorney for Plaintiff

IT IS SO ORDERED

Dated: 7/7/2005

_____
DAVID F. LEVI
United States District Judge