Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES, | CIV.S 05-1301 DFL DAD |
| Plaintiff, | **Stipulation to Continue Discovery Cut-Off and Order Thereon** |
| vs. | |
| RANCHO-SUNRISE HOTEL CORPORATION dba HOLIDAY INN, et al., | |
| Defendants. | |

WHEREAS, the parties desire that the Court continue discovery cut-off to July 7, 2006.  The parties are currently working towards settlement and feel that the additional time will allow the parties to resolve this matter.  However, in the possibility that this matter does not settle, it will allow defendants' adequate time to depose plaintiff and resolve any pending discovery disputes.

///

1 THEREFORE, the parties jointly stipulate and request that this Court enter an order as follows:

1. The discovery cut-off date of June 14, 2006 shall be continued to July 7, 2006.

2. This stipulation shall not affect any deadlines that have already passed.

IT IS SO STIPULATED.

Dated: June 9, 2006          LAW OFFICES OF LYNN HUBBARD


 /s/ Lynn Hubbard, Esquire
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: June 9, 2006          JEFFER MANGELS BUTLER & MARMARO LLP


 /s/ Marty Orlick, Esquire
MARTIN H. ORLICK
Attorneys for Defendants
RANCHO-SUNRISE HOTEL
CORPORATION dba HOLIDAY INN

## Order

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

1. Discovery cut-off shall be continued to June 7, 2006; and

2. This stipulation shall not affect any deadlines that have already passed.

Dated: 6/12/2006

DAVID F. LEVI
United States District Judge