1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  MARTIN H. ORLICK, SBN 83908
   JEFFER, MANGELS, BUTLER & MARMARO, LLP
7  Two Embarcadero Center, 5th Floor
   San Francisco, CA 94111
8  Telephone: (415) 398-8080
   Fax: (415) 398-5584
9
   Attorney for Defendant
10

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13
14 GYPSIE JONES,                       Case No. CIV. S-05-01301-DFL-DAD

15       Plaintiff,

16 v.                                  **STIPULATION FOR DISMISSAL AND
                                       ORDER THEREON**
17 RANCHO-SUNRISE HOTEL
   CORPORATION dba HOLIDAY INN,
18
         Defendant.
19 _____/

20

21

22

23

24

25

26

27

28

1  IT IS HEREBY STIPULATED, pursuant to a Settlement Agreement and Release
2 between Plaintiff, Gypsie Jones, and Defendant, Rancho-Sunrise Hotel Corporation dba
3 Holiday Inn, that this Court enter a dismissal with prejudice of Plaintiff's complaint in the
4 above-entitled action pursuant to Fed. R. Civ. P. 41.

5  The dismissal with prejudice shall dismiss the action in its entirety, save Plaintiff's
6 application for attorneys' fees, litigation expenses, and costs.

7  The Court shall retain jurisdiction over all disputes among the parties arising out of
8 the Settlement Agreement and Release including, but not limited to, Plaintiff's Motion for
9 Attorney's Fees and Costs.

Dated: July 12, 2006                LAW OFFICES OF LYNN HUBBARD, III


                                    /s/ Lynn Hubbard, III, Esquire
                                    LYNN HUBBARD, III
                                    Attorney for Plaintiff


Dated: July 12, 2006                JEFFER, MANGELS, BUTLER &
                                    MARMARO, LLP


                                    /s/ Martin H. Orlick, Esquire
                                    MARTIN H. ORLICK
                                    Attorney for Defendant


## ORDER

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice.

The Court shall retain jurisdiction over all disputes among the parties arising out of the Settlement Agreement and Release, including, but not limited to, Plaintiff's

1 | Motion for Attorney's Fees and Costs.
2 |     Plaintiff shall file her Motion for Attorney's Fees and Costs no later than thirty (30)
3 | days from entry of this Order.
4 |     IT IS SO ORDERED.

6 | Dated: July 18, 2006          /s/ David F. Levi
                                  United States District Court Judge